B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Angelakos, Dimosthenis L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Thomas Angelakos; AKA Dimos Angelakos** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8216** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 E. Tarpon Ave., Ste. 14**<br>**Tarpon Springs, FL**<br>ZIP Code **34689** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**      *** **Buddy D. Ford, Esquire 0654711** ***
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Angelakos, Dimosthenis L** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Buddy D. Ford, Esquire**                     **March 11, 2010**<br>Signature of Attorney for Debtor(s)                         (Date)<br>**Buddy D. Ford, Esquire 0654711** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                            Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
|---|---|
| | **Angelakos, Dimosthenis L** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Dimosthenis L Angelakos
Signature of Debtor **Dimosthenis L Angelakos**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 11, 2010**
Date

#### Signature of Attorney*

**X** /s/ Buddy D. Ford, Esquire
Signature of Attorney for Debtor(s)

**Buddy D. Ford, Esquire 0654711**
Printed Name of Attorney for Debtor(s)

**Buddy D. Ford, P.A.**
Firm Name

**115 N. MacDill Ave.**
**Tampa, FL 33609**

_____
Address

**Email: Nancy@tampaesq.com**
**(813)877-4669  Fax: (813)877-5543**
Telephone Number

**March 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Dimosthenis L Angelakos**                                    Case No. _____

                                    Debtor(s)        Chapter    **11**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Dimosthenis L Angelakos**
                                 **Dimosthenis L Angelakos**

Date:   **March 11, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Dimosthenis L Angelakos**                                  Case No. _____

                                         Debtor(s)           Chapter     **11**         

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **George Gianakos**<br>**5124 Bonito Drive**<br>**New Port Richey, FL 34652** | **George Gianakos**<br>**5124 Bonito Drive**<br>**New Port Richey, FL 34652** | **6137, 6139, 6141 High Street, New Port Richey, Florida [Legal: The E 40 feet of Lot 17 and the W 40 feet of Lot 16, Block D, OLD GROVE NUMBER TWO, acc** | | **30,000.00 (100,000.00 secured) (101,214.00 senior lien)** |
| **Bank Of America**<br>**PO Box 1598**<br>**Norfolk, VA 23501** | **Bank Of America**<br>**PO Box 1598**<br>**Norfolk, VA 23501** | **Credit card** | | **25,755.00** |
| **Bank Of America**<br>**Attn: Bankruptcy**<br>**NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | **Credit card** | | **24,485.00** |
| **Advanta Bank Corp**<br>**PO Box 844**<br>**Spring House, PA 19477** | **Advanta Bank Corp**<br>**PO Box 844**<br>**Spring House, PA 19477** | **Credit card** | | **21,024.00** |
| **Citi**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | **Citi**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | **Credit card** | | **18,745.00** |
| **Wach/rec**<br>**P O Box 3117**<br>**Winston Salem, NC 27102** | **Wach/rec**<br>**P O Box 3117**<br>**Winston Salem, NC 27102** | **Credit card** | | **15,764.00** |
| **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **Credit card** | | **14,134.00** |
| **Wfs Financial**<br>**Wachovia Dealer Svcs**<br>**PO Box 19657**<br>**Irvine, CA 92623** | **Wfs Financial**<br>**Wachovia Dealer Svcs**<br>**PO Box 19657**<br>**Irvine, CA 92623** | **Deficiency balance on 2001 Dodge Ram** | | **14,100.00** |
| **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **Credit card** | | **12,766.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Dimosthenis L Angelakos**                           Case No.                   

                                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Citibank Na**<br>**1000 Technology Dr**<br>**MS 730**<br>**O'Fallon, MO 63368** | **Citibank Na**<br>**1000 Technology Dr**<br>**MS 730**<br>**O'Fallon, MO 63368** | **Line of Credit** | | **12,579.00** |
| **Chase**<br>**Bank One Card Serv**<br>**Westerville, OH 43081** | **Chase**<br>**Bank One Card Serv**<br>**Westerville, OH 43081** | **Credit card** | | **12,447.00** |
| **Sears/cbsd**<br>**Sears Bk Recovery**<br>**PO Box 20363**<br>**Kansas City, MO 64195** | **Sears/cbsd**<br>**Sears Bk Recovery**<br>**PO Box 20363**<br>**Kansas City, MO 64195** | **Credit card** | | **11,534.00** |
| **Citi**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | **Citi**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | **Credit card** | | **11,405.00** |
| **Wach/rec**<br>**P O Box 3117**<br>**Winston Salem, NC 27102** | **Wach/rec**<br>**P O Box 3117**<br>**Winston Salem, NC 27102** | **Credit card** | | **9,187.00** |
| **Citibankna**<br>**1000 Technology Dr**<br>**O Fallon, MO 63368** | **Citibankna**<br>**1000 Technology Dr**<br>**O Fallon, MO 63368** | **Line of Credit** | | **8,877.00** |
| **Discover Fin**<br>**Attention: Bankruptcy Dept**<br>**PO Box 3025**<br>**New Albany, OH 43054** | **Discover Fin**<br>**Attention: Bankruptcy Dept**<br>**PO Box 3025**<br>**New Albany, OH 43054** | **Credit card** | | **8,559.00** |
| **Bank Of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | **Bank Of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | **Credit card** | | **7,297.00** |
| **Chase**<br>**Bank One Card Serv**<br>**Westerville, OH 43081** | **Chase**<br>**Bank One Card Serv**<br>**Westerville, OH 43081** | **Credit card** | | **7,242.00** |
| **American Express**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | **American Express**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | **Credit card** | | **7,154.00** |
| **Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | **Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | **Credit card** | | **6,615.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Dimosthenis L Angelakos**                  Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, **Dimosthenis L Angelakos**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 11, 2010**                  Signature   **/s/ Dimosthenis L Angelakos** _____

                                                  **Dimosthenis L Angelakos**

                                                  Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Dimosthenis L Angelakos** _____ ,
                             Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,750,000.00 | | |
| B - Personal Property | Yes | 4 | 781,215.23 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,167,020.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 302,951.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 19,016.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 27,524.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | | Total Assets | 2,531,215.23 | | |
| | | | Total Liabilities | 2,469,971.57 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Dimosthenis L Angelakos**                  ,     Case No. _____

                          Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 19,016.00 |
| Average Expenses (from Schedule J, Line 18) | 27,524.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 19,016.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 32,717.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 302,951.57 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 335,668.57 |

B6A (Official Form 6A) (12/07)

.

In re    **Dimosthenis L Angelakos**        ,     Case No. _____

                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 100-106 E. Tarpon Avenue, Tarpon Springs, FL 34690 [Legal: Lot 8 and the East 24 24 Feet of Lot 9, Block 67, Map or the Town of Tarpon Springs, according to the Map or Plat thereof, as recorded in Plat Book 4, Page 79 of the Public Records of Pinellas County, Florida] | Fee simple | - | 1,000,000.00 | 814,327.00 |
| 6129, 6131, & 6133 High Street, New Port Richey, Florida [Legal: Lot 18 and the W 20 feet of Lot 17, Block , OLD GROVE NUMBER TWO, according to hte plat thereof, recorded in Plat Book 2, Page 69, of the Public records of Pasco County, Florida] | Fee simple | - | 100,000.00 | 101,503.00 |
| 6137, 6139, 6141 High Street, New Port Richey, Florida [Legal: The E 40 feet of Lot 17 and the W 40 feet of Lot 16, Block D, OLD GROVE NUMBER TWO, according to teh Plat thereof, recorded in Plat Book 2, Page 69, of the Public records of Pasco County, Florida] | Fee simple | - | 100,000.00 | 131,214.00 |
| 1453 Cockleshell Drive, Holiday, Florida [Legal: The N 7.50 feet of Lot 737 and the S 53.50 of Lot 738, FOREST HILLS UNIT EIGHTEEN, according to the map or plat thereof as recorded in Plat Book 9, Pgae q142 of the public records of Pasco County, Florida] | Fee simple | - | 75,000.00 | 40,000.00 |
| 19 Merrymount Street, Staten Island, New York [Legal: Beginning at a point on the SE side of Merrymount St. (80 feet wide) distance 153.76 feet southwesterly from the corner former by the intersection of the SW side of Merrymount St. and the SW side of Rockland Avenue (45 feet wide) | Fee simple | - | 475,000.00 | 379,976.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,750,000.00 | (Total of this page) |
| Total > | 1,750,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Dimosthenis L Angelakos** _____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **1/2 interest in wife's Checking account @ CitiBank - Acct #x8913** | - | 500.00 |
| | | **Checking account @ Regions Bank - Acct #x9583** | - | 10,275.28 |
| | | **Checking account @ Regions - Acct #x0689** | - | 1.00 |
| | | **1/2 interest in son's student checking @ Regions - Acct#x2060** | - | 0.50 |
| | | **Escrow account/Deposits @ Regions - Acct #x7293** | - | 1,675.00 |
| | | **Savings account @ Regions - Acct #x6631** | - | 1.45 |
| | | **Savings account @ Regions, Acct #x5728** | - | 0.00 |
| | | **Checking account @ Commerce Bank** | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Tenant Deposits - See escrow account** | - | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **1/2 interest in LR: 3-Couches, Coffee table, 2-end tables, Stereo, DR: Table w/ 6-chairs, China cabinet; Kit: Table w/ 3-chairs, various small kitchen appliances, pots & pans, dishes, and utensils; BR#1: Bed, & Dressers, BR#2: Bed, Dresser, & Lamp; BR#3: Bed, Night stand, Dresser, & Lamp; FR: TV, Computer, Couch, Table; Misc: Small tractor, Various hand tools, Various linens, and cleaning supplies** | - | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **1/2 interest in various family photos, books, pictures, knick knacks, and decorations** | - | 10.00 |
| 6. Wearing apparel. | | **Various men's clothing** | - | 50.00 |

|  | Sub-Total > (Total of this page) | 13,214.23 |
|---|---|---|

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dimosthenis L Angelakos**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Glasses** | - | **1.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **IRA - Morgan Keegan** | - | **16,000.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Petrina, LLC (5647-5707 James Street & 5628-5642 Charles Street, Newport Richey, Florida - [PINECREST PB 2 PG 58 BLOCK 4 LOTS 5 6 7 8 9 10 & 12 EXC SOUTH 9.62 FT OF LOT 12 OR 7394 PG 63 + Regions Bank account #xxx5696 + Rental Income]** | - | **750,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **1/2 interest in possible tax refund** | - | **500.00** |

Sub-Total >    **766,501.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dimosthenis L Angelakos**                                              ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Ford F150** | - | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >        **1,500.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Dimosthenis L Angelakos**                                          ,    Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                0.00
(Total of this page)

Total >            781,215.23

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

.

In re    **Dimosthenis L Angelakos**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **19 Merrymount Street, Staten Island, New York [Legal: Beginning at a point on the SE side of Merrymount St. (80 feet wide) distance 153.76 feet southwesterly from the corner former by the intersection of the SW side of Merrymount St. and the SW side of Rockland Avenue (45 feet wide)** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05** | **100%** | **475,000.00** |
| **Cash on Hand** | | | |
| **Cash** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **200.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **1/2 interest in wife's Checking account @ CitiBank - Acct #x8913** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **1,000.00** |
| **Checking account @ Regions Bank - Acct #x9583** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **10,275.28** |
| **1/2 interest in son's student checking @ Regions - Acct#x2060** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **1.00** |
| **Escrow account/Deposits @ Regions - Acct #x7293** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **1,675.00** |
| **Household Goods and Furnishings** | | | |
| **1/2 interest in LR: 3-Couches, Coffee table, 2-end tables, Stereo, DR: Table w/ 6-chairs, China cabinet; Kit: Table w/ 3-chairs, various small kitchen appliances, pots & pans, dishes, and utensils;  BR#1: Bed, & Dressers, BR#2: Bed, Dresser, & Lamp; BR#3: Bed, Night stand, Dresser, & Lamp; FR: TV, Computer, Couch, Table;  Misc: Small tractor, Various hand tools, Various linens, and cleaning supplies** | **Fla. Const. art. X, § 4(a)(2)** | **500.00** | **1,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **1/2 interest in various family photos, books, pictures, knick knacks, and decorations** | **Fla. Const. art. X, § 4(a)(2)** | **10.00** | **20.00** |
| **Wearing Apparel** | | | |
| **Various men's clothing** | **Fla. Const. art. X, § 4(a)(2)** | **50.00** | **50.00** |
| **Furs and Jewelry** | | | |
| **Glasses** | **Fla. Const. art. X, § 4(a)(2)** | **1.00** | **1.00** |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **IRA - Morgan Keegan** | **Fla. Stat. Ann. § 222.21(2)** | **100%** | **16,000.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **1/2 interest in possible tax refund** | **Fla. Const. art. X, § 4(a)(2)** | **439.00** | **1,000.00** |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Dimosthenis L Angelakos**
_____,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Ford F150** | **Fla. Stat. Ann. § 222.25(1)** | **1,000.00** | **1,500.00** |

|  |  | Total: | **113,024.00** | **507,722.28** |
|---|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Dimosthenis L Angelakos**,       Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **3137** <br><br>**Aurora Loan Services Attn: Bankruptcy Dept. Po Box 1706 Scottsbluff, NE 69363** | | | - | | **Mortgage 6129, 6131, & 6133 High Street, New Port Richey, Florida [Legal: Lot 18 and the W 20 feet of Lot 17, Block , OLD GROVE NUMBER TWO, according to hte plat thereof, recorded in Plat Book 2, Page 69, of the Public records of Pasco County, Flori** | | | | | |
| | | | | | Value $      **100,000.00** | | | | **101,503.00** | **1,503.00** |
| Account No. **6824** <br><br>**Aurora Loan Services Attn: Bankruptcy Dept. Po Box 1706 Scottsbluff, NE 69363** | | | - | | **1st Mortgage 6137, 6139, 6141 High Street, New Port Richey, Florida [Legal: The E 40 feet of Lot 17 and the W 40 feet of Lot 16, Block D, OLD GROVE NUMBER TWO, according to teh Plat thereof, recorded in Plat Book 2, Page 69, of the Public records of Pas** | | | | | |
| | | | | | Value $      **100,000.00** | | | | **101,214.00** | **1,214.00** |
| Account No. **5425** <br><br>**Bayview Financial Loan 4425 Ponce De Leon Blvd Coral Gables, FL 33146** | | | - | | **100-106 E. Tarpon Avenue, Tarpon Springs, FL 34690 [Legal: Lot 8 and the East 24 24 Feet of Lot 9, Block 67, Map or the Town of Tarpon Springs, according to the Map or Plat thereof, as recorded in Plat Book 4, Page 79 of the Public Records** | | | | | |
| | | | | | Value $   **1,000,000.00** | | | | **714,327.00** | **0.00** |
| Account No. <br><br>**Bayview Loan Servicing c/o Popkin & Rosaler, PA 1701 W Hillsboro Blvd. Ste. 400 Deerfield Beach, FL 33442** | | | | | **Representing: Bayview Financial Loan** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

   **2**  ___ continuation sheets attached

| | Subtotal (Total of this page) | **917,044.00** | **2,717.00** |
|---|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Dimosthenis L Angelakos**                    , Case No. _____
                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Demetrius &Rodoula Kalamaras<br>63 Harbor View Place<br>Staten Island, NY 10305 | | - | **2nd Mortgage**<br>**100-106 E. Tarpon Avenue, Tarpon Springs, FL  34690 [Legal: Lot 8 and the East 24 24 Feet of Lot 9, Block 67, Map or the Town of Tarpon Springs, according to the Map or Plat thereof, as recorded in Plat Book 4, Page 79 of the Public Records**<br>Value $       **1,000,000.00** | | | | **100,000.00** | **0.00** |
| Account No. **1899**<br><br>Emigrant Mortgage Company<br>5 East 42nd Street<br>New York, NY 10017 | X | - | **Petrina, LLC (5647-5707 James Street & 5628-5642 Charles Street, Newport Richey, Florida - [PINECREST PB 2 PG 58 BLOCK 4 LOTS 5 6 7 8 9 10 & 12 EXC SOUTH 9.62 FT OF LOT 12 OR 7394 PG 63 + Regions Bank account #xxx5696 + Rental Income]**<br>Value $           **750,000.00** | | | | **700,000.00** | **0.00** |
| Account No.<br><br>Emigrant Mortgage Co.<br>c/o Becker & Poliakoff<br>121 Alhambra Plaza, 10th Flr<br>Miami, FL 33134 | | | **Representing:**<br>**Emigrant Mortgage Company**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>George Gianakos<br>5124 Bonito Drive<br>New Port Richey, FL 34652 | | - | **2nd Mortgage**<br>**6137, 6139, 6141 High Street, New Port Richey, Florida [Legal: The E 40 feet of Lot 17 and the W 40 feet of Lot 16, Block D, OLD GROVE NUMBER TWO, according to teh Plat thereof, recorded in Plat Book 2, Page 69, of the Public records of Pas**<br>Value $           **100,000.00** | | | | **30,000.00** | **30,000.00** |
| Account No. **2425**<br><br>Metroplex Investments<br>/ Gelt Funding, LLC<br>PO Box 940456<br>Maitland, FL 32794 | | - | **Mortgage**<br>**1453 Cockleshell Drive, Holiday, Florida [Legal: The N 7.50 feet of Lot 737 and the S 53.50 of Lot 738, FOREST HILLS UNIT EIGHTEEN, according to the map or plat thereof as recorded in Plat Book 9, Pgae q142 of the public records of Pasco Co**<br>Value $             **75,000.00** | | | | **40,000.00** | **0.00** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        **870,000.00** | **30,000.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Dimosthenis L Angelakos**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  Peter Leunes 788 Edgegrove Ave. Staten Island, NY 10312 | - | | **2nd Mortgage** **19 Merrymount Street, Staten Island, New York [Legal: Beginning at a point on the SE side of Merrymount St. (80 feet wide) distance 153.76 feet southwesterly from the corner former by the intersection of the SW side of Merrymount St. and th** | | | | | |
| | | | Value $                    **475,000.00** | | | | **120,000.00** | **0.00** |
| Account No. **1563**  Sovereign Bank Fsb 1130 Berkshire Blvd 3rd Floor Wyomissing, PA 19610 | - | | **1st Mortgage** **19 Merrymount Street, Staten Island, New York [Legal: Beginning at a point on the SE side of Merrymount St. (80 feet wide) distance 153.76 feet southwesterly from the corner former by the intersection of the SW side of Merrymount St. and th** | | | | | |
| | | | Value $                    **475,000.00** | | | | **259,976.00** | **0.00** |
| Account No.  Sovereign Bank PO Box 8627 Reading, PA 19603 | | | **Representing:** **Sovereign Bank Fsb** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **379,976.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **2,167,020.00** | **32,717.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                         Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Dimosthenis L Angelakos**                                                         Case No. _____
                                                                          ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

         _1_     continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Dimosthenis L Angelakos**                                    ,    Case No. _____

                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Taxes** | | | | | | |
| **Diane Nelson, Pinellas County Tax Collector PO Box 2943 Clearwater, FL 33757** | - | | | | X | | | | **Unknown** |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | **Real Estate Taxes** | | | | | | |
| **Pasco - Tax Collector PO Box 276 Dade City, FL 33526** | - | | | | X | | | | **Unknown** |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** | |
|---|---|---|---|
| | | **0.00** | **0.00** |
| | Total (Report on Summary of Schedules) | **0.00** | |
| | | **0.00** | **0.00** |

B6F (Official Form 6F) (12/07)

In re    **Dimosthenis L Angelakos**                                                ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **4921**<br><br>**Advanta Bank Corp<br>PO Box 844<br>Spring House, PA 19477** | - | | | | Credit card | | | | 21,024.00 |
| Account No. **3563**<br><br>**American Express<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355** | - | | | | Credit card | | | | 7,154.00 |
| Account No. **2743**<br><br>**American Express<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355** | - | | | | Credit card | | | | 3,546.00 |
| Account No. **1213**<br><br>**American Express<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355** | - | | | | Credit card | | | | 1,038.00 |
| __10__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 32,762.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:26457-100309    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dimosthenis L Angelakos**                                    ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **2976**<br><br>**Amex**<br>**PO Box 84063**<br>**Columbus, GA 31908** | | - | | | Credit card | | | | **Unknown** |
| Account No. **0042**<br><br>**Bank Of America**<br>**PO Box 1598**<br>**Norfolk, VA 23501** | | - | | | Credit card | | | | **25,755.00** |
| Account No. **1387**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-99**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | | - | | | Credit card | | | | **24,485.00** |
| Account No. **6528**<br><br>**Bank Of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | | - | | | Credit card | | | | **7,297.00** |
| Account No. **9813**<br><br>**Bank Of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | | - | | | Credit card | | | | **6,098.00** |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **63,635.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dimosthenis L Angelakos**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **7190** <br><br> **Bank Of America** <br> **PO Box 1598** <br> **Norfolk, VA 23501** | | - | | | Credit card | | | | **Unknown** |
| Account No. **3665** <br><br> **Bank Of America** <br> **4060 Ogletown/Stanton Rd** <br> **Newark, DE 19713** | | - | | | Credit card | | | | **Unknown** |
| Account No. **9209-00** <br><br> **Bright House Networks** <br> **PO Box 30765** <br> **Tampa, FL 33630** | | - | | | Services | | | | **158.24** |
| Account No. **5327** <br><br> **Cap One** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | - | | | Credit card | | | | **3,067.00** |
| Account No. **5711** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | - | | | Credit card | | | | **14,134.00** |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,359.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dimosthenis L Angelakos**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5710** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | - | | Credit card | | | | 12,766.00 |
| Account No. **0001** <br><br> **Chase** <br> **Bank One Card Serv** <br> **Westerville, OH 43081** | | - | | Credit card | | | | 12,447.00 |
| Account No. **6325** <br><br> **Chase** <br> **Bank One Card Serv** <br> **Westerville, OH 43081** | | - | | Credit card | | | | 7,242.00 |
| Account No. **5000** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | - | | Credit card | | | | 1,258.00 |
| Account No. **5346** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | - | | Credit card | | | | 771.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    34,484.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dimosthenis L Angelakos**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6976** <br><br> **Chase** <br> **Bank One Card Serv** <br> **Westerville, OH 43081** | - | | Credit card | | | | 507.00 |
| Account No. **5879** <br><br> **Citi** <br> **PO Box 6500** <br> **Sioux Falls, SD 57117** | - | | Credit card | | | | 18,745.00 |
| Account No. **5785** <br><br> **Citi** <br> **PO Box 6500** <br> **Sioux Falls, SD 57117** | - | | Credit card | | | | 11,405.00 |
| Account No. **3475** <br><br> **Citi** <br> **PO Box 6241** <br> **Sioux Falls, SD 57117** | - | | Credit card | | | | 6,615.00 |
| Account No. **2265** <br><br> **Citi** <br> **PO Box 6500** <br> **Sioux Falls, SD 57117** | - | | Credit card | | | | 5,622.00 |

Sheet no. __4___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    42,894.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Dimosthenis L Angelakos**_____,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8719** | | | Line of Credit | | | | |
| **Citibank Na 1000 Technology Dr MS 730 O'Fallon, MO 63368** | - | | | | | | 12,579.00 |
| Account No. **3722** | | | Credit card | | | | |
| **Citibank Sears c/o LVNV Funding LLC PO Box 740281 Houston, TX 77274** | - | | | | | | 5,550.00 |
| Account No. **4620** | | | Credit card | | | | |
| **Citibank Usa Attn.: Centralized  Bktcy PO Box 20363 Kansas City, MO 64195** | - | | | | | | 5,568.00 |
| Account No. **1735** | | | Credit card | | | | |
| **Citibank Usa Attn.: Centralized  Bkcy PO Box 20363 Kansas City, MO 64195** | - | | | | | | 1,232.00 |
| Account No. **8913** | | | Line of Credit | | | | |
| **Citibankna 1000 Technology Dr O Fallon, MO 63368** | - | | | | | | 8,877.00 |

Sheet no. __**5**___ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **33,806.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Dimosthenis L Angelakos__ _____,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5400** | | - | | Credit card | | | | |
| **Discover Fin** **Attention: Bankruptcy Dept** **PO Box 3025** **New Albany, OH 43054** | | | | | | | | 8,559.00 |
| Account No. **3517** | | - | | Services | | | | |
| **Dish Network** **c/o CBE Group** **131 Tower Park Dr, Ste 1** **Waterloo, IA 50702** | | | | | | | | 78.00 |
| Account No. **5636** | | - | | Credit card | | | | |
| **Hsbc Bank** **Attn: Bankruptcy** **PO Box 5253** **Carol Stream, IL 60197** | | | | | | | | 1,269.00 |
| Account No. **0927** | | - | | Credit card | | | | |
| **Hsbc Bank** **Attn: Bankruptcy** **PO Box 5213** **Carol Stream, IL 60197** | | | | | | | | 471.00 |
| Account No. **4128** | | - | | Credit card | | | | |
| **Hsbc Bank** **PO Box 5253** **Carol Stream, IL 60197** | | | | | | | | Unknown |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,377.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dimosthenis L Angelakos** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxx4542** | | | | | Opened 5/01/87 Last Active 5/01/95 CreditCard | | | | |
| **Hsbc Bank Po Box 5253 Carol Stream, IL 60197** | - | | | | | | | | **Unknown** |
| Account No. **0001** | | | | | ConventionalRealEstateMortgage | | | | |
| **Indep Community Bank C 15 Beach Street Staten Island, NY 10304** | - | | | | | | | | **Unknown** |
| Account No. **4747** | | | | | Credit card | | | | |
| **Lowes / MBGA Attn: Bankruptcy Dept PO Box 103104 Roswell, GA 30076** | - | | | | | | | | **2,792.00** |
| Account No. **9220** | | | | | Credit card | | | | |
| **Macys/fdsb Macy's Bankruptcy PO Box 8053 Mason, OH 45040** | - | | | | | | | | **2,898.00** |
| Account No. **xx8381** | | | | | ConventionalRealEstateMortgage | | | | |
| **Popular Mortgage Srvci 301 Lippincott Dr Marlton, NJ 08053** | - | | | | | | | | **Unknown** |

Sheet no. __**7**___ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,690.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Dimosthenis L Angelakos__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3452** | | | | Credit card | | | | |
| Sams Club Attn:  Bankruptcy Dept PO Box 105968 Atlanta, GA 30353 | | - | | | | | | 1,071.00 |
| Account No. **1049** | | | | Credit card | | | | |
| Sears/cbsd Sears Bk Recovery PO Box 20363 Kansas City, MO 64195 | | - | | | | | | 11,534.00 |
| Account No. | | | | Cable services | | | | |
| The CBE Group 131 Tower Park Dr. Suite 100 Waterloo, IA 50701 | | - | | | | | | 78.33 |
| Account No. **2462** | | | | Services | | | | |
| Verizon Inc. c/o AFNI, Inc. PO Box 3427 Bloomington, IL 61702 | | - | | | | | | 40.00 |
| Account No. **3044** | | | | Credit card | | | | |
| Visdsnb Attn: Bankruptcy PO Box 8053 Mason, OH 45040 | | - | | | | | | 5,394.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,117.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dimosthenis L Angelakos**                                   ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0100** <br><br> **Vnb/shoprite** <br> **1445 Valley Rd** <br> **Wayne, NJ 07470** | - | | Credit card | | | | **Unknown** |
| Account No. **9958** <br><br> **Wach/rec** <br> **P O Box 3117** <br> **Winston Salem, NC 27102** | - | | Credit card | | | | **15,764.00** |
| Account No. **0053** <br><br> **Wach/rec** <br> **P O Box 3117** <br> **Winston Salem, NC 27102** | - | | Credit card | | | | **9,187.00** |
| Account No. **6750** <br><br> **Wach/rec** <br> **P O Box 3117** <br> **Winston Salem, NC 27102** | - | | Credit card | | | | **4,776.00** |
| Account No. **5365** <br><br> **Wfs Financial** <br> **Wachovia Dealer Svcs** <br> **PO Box 19657** <br> **Irvine, CA 92623** | - | | Deficiency balance on 2001 Dodge Ram | | | | **14,100.00** |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **43,827.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Dimosthenis L Angelakos__ _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Wachovia Dealer Svcs**<br>**PO Box 25341**<br>**Santa Ana, CA 92799** | | | **Representing:**<br>**Wfs Financial** | | | | **Notice Only** |
| Account No. <br><br>**Wachovia Dealer Svcs**<br>**PO Box 3659**<br>**Rancho Cucamonga, CA 91729** | | | **Representing:**<br>**Wfs Financial** | | | | **Notice Only** |
| Account No. **6961** <br><br>**Wfs Financial/Wachovia**<br>**PO Box 19657**<br>**Irvine, CA 92623** | - | | **Automobile** | | | | **0.00** |
| Account No. <br><br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br><br> | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Total
(Report on Summary of Schedules)    **302,951.57**

B6G (Official Form 6G) (12/07)

.

In re    **Dimosthenis L Angelakos**                                              Case No. _____
_____
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **100-106 E. Tarpon Avenue**<br>**Carter's Antiques-Lisa Carte**<br>**100 Tarpon Avenue**<br>**Tarpon Springs, FL** | **Tenant - $2,800 per month** |
| **100-106 E. Tarpon Avenue**<br>**4-Him Barbarshop**<br>**102 Tarpon Avenue**<br>**Tarpon Springs, FL** | **Tenant - $640 per month** |
| **100-106 E. Tarpon Avenue**<br>**Olympic Realty Svcs**<br>**Maria Castritsos**<br>**104 Tarpon Avenue**<br>**Tarpon Springs, FL** | **Tenant - $750 per month** |
| **100-106 E. Tarpon Avenue**<br>**Lisa Martino**<br>**100 Tarpon Avenue, Ste.1**<br>**Tarpon Springs, FL** | **Tenant - $285 per month** |
| **100-106 E. Tarpon Avenue**<br>**Crystal Lawrence**<br>**100 Tarpon Avenue, Ste.2**<br>**Tarpon Springs, FL** | **Tenant - $600 per month** |
| **100-106 E. Tarpon Avenue**<br>**Vacant**<br>**100 Tarpon Avenue, Ste.4**<br>**Tarpon Springs, FL** | **No Tenant - $0 per month** |
| **100-106 E. Tarpon Avenue**<br>**Vacant**<br>**100 Tarpon Avenue, Ste.5**<br>**Tarpon Springs, FL** | **No Tenant - $0 per month** |
| **100-106 E. Tarpon Avenue**<br>**Vacant**<br>**100 Tarpon Avenue, Ste.6**<br>**Tarpon Springs, FL** | **No Tenant - $0 per month** |
| **100-106 E. Tarpon Avenue**<br>**Rosseta Pauls**<br>**100 Tarpon Avenue, Ste.7**<br>**Tarpon Springs, FL** | **Tenant - $316 per month** |

**2**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Dimosthenis L Angelakos**                    ,      Case No. _____

                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **101-106 E. Tarpon Avenue**<br>**Vacant**<br>**100 Tarpon Avenue, Ste.9**<br>**Tarpon Springs, FL** | **No Tenant - $0 per month** |
| **101-106 E. Tarpon Avenue**<br>**Lori Surrat**<br>**100 Tarpon Avenue, Ste.11**<br>**Tarpon Springs, FL** | **Tenant - $525 per month** |
| **101-106 E. Tarpon Avenue**<br>**Vacant**<br>**100 Tarpon Avenue, Ste.12**<br>**Tarpon Springs, FL** | **No Tenant - $0 per month** |
| **101-106 E. Tarpon Avenue**<br>**Alain Casamayor**<br>**100 Tarpon Avenue, Ste.15**<br>**Tarpon Springs, FL** | **Tenant - $475 per month** |
| **101-106 E. Tarpon Avenue**<br>**Paul Miller**<br>**100, Tarpon Avenue, Ste.16**<br>**Tarpon Springs, FL** | **Tenant - $850 per month** |
| **101-106 E. Tarpon Avenue**<br>**Debtor**<br>**100 Tarpon Avenue, Ste.14**<br>**Tarpon Springs, FL** | **No Tenant - $0 per month** |
| **101-106 E. Tarpon Avenue**<br>**Vacant - Storage**<br>**105 E. Court Street**<br>**Tarpon Springs, FL** | **No Tenant - $0 per month** |
| **1453 Cockleshell Drive**<br>**Sylvia Jackson**<br>**1453 Cockleshell Drive**<br>**Holiday, FL** | **Tenant - $700 per month** |
| **6129-33 High Street**<br>**Andy Lion**<br>**6129 High Street**<br>**New Port Richey, FL** | **Tenant - $545 per month** |
| **6129-33 High Street**<br>**Jason Smith**<br>**6131 High Street**<br>**New Port Richey, FL** | **Tenant - $525.00 month** |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Dimosthenis L Angelakos** _____,   Case No. _____

                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **6129-33 High Street**<br>**Nancy Riggly**<br>**6133 High Street**<br>**New Port Richey, FL** | **Tenant - $600 per month** |
| **6137-41 High Street**<br>**Vacant**<br>**6137 High Street**<br>**New Port Richey, FL** | **No Tenant - $0 per month** |
| **6137-41 High Street**<br>**Vacant**<br>**6139 High Street**<br>**New Port Richey, FL** | **No Tenant - $0 per month** |
| **6137-41 High Street**<br>**Vacant**<br>**6141 High Street**<br>**New Port Richey, FL** | **No Tenant - $0 per month** |
| **Petrina, LLC**<br>**5647-5705 James Street**<br>**5628-5642 Charles Street**<br>**New Port Richey, FL** | **5647 James - Vacant - $0**<br>**5649 James - Annamarie Othberg - $580**<br>**5651 James - Kara Noodwang - $700**<br>**5653 James - Tami Harrison - $550**<br>**5655 James - Barbara Nunez - $630**<br>**5703 James - Nickol Drstol - $625**<br><br>**5628 Charles - Angela Vinson - $550**<br>**5630 Charles - Michael staziezco - $550**<br>**5632 Charles - Brittany Jackson - $550**<br>**5634 Charles - Kristi Hendricks - $575**<br>**5636 Charles - Ingrid Banner - $550**<br>**5638 Charles - Vincent Walton - $550**<br>**5640 Charles - Eileen Hendricts - $625**<br>**5642 Charles - Patricia Waison - $550** |

Sheet __**2**__ of __**2**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Dimosthenis L Angelakos** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dimosthenis Angelakos**<br>  **Guarantor** | **Emigrant Mortgage Company**<br>**5 East 42nd Street**<br>**New York, NY 10017** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  __Dimosthenis L Angelakos_____  Case No. _____
                                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**20**<br>**22** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-employed** | |
| Name of Employer | **Petrina, LLC** | **US Post Office** |
| How long employed | | **12yrs** |
| Address of Employer | **& Rentals** | **550 Manor Rd.**<br>**Staten Island, NY 10314** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify):  **Rental Income - personal rentals** | $ | **9,611.00** | $ | N/A |
| **Petrina, LLC** | $ | **9,405.00** | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **19,016.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **19,016.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **19,016.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor is actively looking for Tenants for vacancies and any vacanies in the future could change estimates**

B6J (Official Form 6J) (12/07)

In re **Dimosthenis L Angelakos**                                                  Case No. _____

_____
                                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?                Yes ____        No **X** | | |
| b. Is property insurance included?                Yes ____        No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 80.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 345.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 60.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 30.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 10.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 250.00 |
| e. Other   **See Detailed Expense Attachment** | $ | 1,434.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **See Detailed Expense Attachment** | $ | 3,251.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other   **See Detailed Expense Attachment** | $ | 18,244.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 200.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 1,800.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 27,524.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Debtor is actively looking for Tenants for vacancies and any vacanies in the future could change estimates**

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.     Average monthly income from Line 15 of Schedule I | $ | 19,016.00 |
| b.     Average monthly expenses from Line 18 above | $ | 27,524.00 |
| c.     Monthly net income (a. minus b.) | $ | -8,508.00 |

**B6J (Official Form 6J) (12/07)**

In re __Dimosthenis L Angelakos__          Case No. _____
                Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| internet & phone | $ 95.00 |
| Cell Phone | $ 250.00 |
| **Total Other Utility Expenditures** | $ 345.00 |

**Other Insurance Expenditures:**

| | |
|---|---:|
| Insurance - Tarpon | $ 750.00 |
| Insurance - Petrina | $ 584.00 |
| Insurance - Merrymount | $ 100.00 |
| **Total Other Insurance Expenditures** | $ 1,434.00 |

**Specific Tax Expenditures:**

| | |
|---|---:|
| Tarpon - Real estate | $ 1,917.00 |
| Petrina - Real estate | $ 1,334.00 |
| **Total Tax Expenditures** | $ 3,251.00 |

**Other Installment Payments:**

| | |
|---|---:|
| Aurora - High St. (incl Tax & Ins.) | $ 1,000.00 |
| Aurora - High St. (incl Tax & Ins) | $ 1,000.00 |
| Bayview - Tarpon (mtg only) | $ 5,100.00 |
| Emigrant - Petrina (mtg only) | $ 5,300.00 |
| Metroplex/Gelt - Cockelshell (int only) | $ 460.00 |
| Sovereign - Merrymount (incl Tax) | $ 3,200.00 |
| Gianakos - 6137-41 High (mtg only) | $ 250.00 |
| Kalamaras - Tarpon (mtg only) | $ 834.00 |
| Leunes - Merrymount (mtg only) | $ 1,100.00 |
| **Total Other Installment Payments** | $ 18,244.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Dimosthenis L Angelakos**                                    Case No. _____

                                            Debtor(s)          Chapter    **11**_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 11, 2010**_____          Signature   **/s/ Dimosthenis L Angelakos**_____
                                                          **Dimosthenis L Angelakos**
                                                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Dimosthenis L Angelakos** _____    Case No. _____

                                 Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$52,224.00** | **Wages, salaries, tips, etc. (2008)** |
| **$52,889.00** | **Wages, salaries, tips, etc. (2007)** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
□

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Check #665 - City of New Port Richey | 12/10/09 | $729.02 | $0.00 |
| EFT - Lowes | 02/05/10 | $693.36 | $0.00 |
| Check #718 - Buddy D. Ford, PA | 01/20/10 | $15,123.00 | $0.00 |
| Check #733 - City of New Port Richey | 01/29/10 | $736.84 | $0.00 |
| EB to Checking xxx7293 | 12/21/09 | $3,800.00 | $0.00 |
| EB to Checking xxx7293 | 12/23/09 | $1,800.00 | $0.00 |
| EB to checking #xx7293 | 12/28/09 | $850.00 | $0.00 |
| Check #677 - Buddy D. Ford, PA | 01/08/10 | $1,000.00 | $0.00 |
| Check #715 - New Century Insurance | 01/19/10 | $804.86 | $0.00 |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
□

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Check #667 - Dimos Angelakos** | **12/15/09** | **$2,500.00** | **$0.00** |
| **Check #669 - Dimos Angelakos** | **12/17/09** | **$1,200.00** | **$0.00** |
| **Check #671 - Dimos Angelakos** | **12/23/09** | **$900.00** | **$0.00** |
| **Check #676 - Dimos Angelakos** | **12/31/09** | **$600.00** | **$0.00** |
| **Check #678 - Dimos Angelakos** | **01/06/10** | **$900.00** | **$0.00** |
| **Check #716 - Dimos Angelakos** | **01/15/2010** | **$900.00** | **$0.00** |

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bayview Loan Servicing, LLC v. Dimosthenis Angelakos, et.al., Case No.: 2010-3027-CI** | **Circuit Civil - Foreclosure** | **6th Judicial Circuit in and for Pinellas County, Florida** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5.  Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wfs Financial Wachovia Dealer Svcs PO Box 19657 Irvine, CA 92623** | | **Deficiency balance on 2001 Dodge Ram** |

4

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Leonidas Angelakos Student** | **Son** | **monthly** | **$200** |

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Buddy D. Ford, P.A. 115 N. MacDill Ave. Tampa, FL 33609** | **1/29/10** | **$15,000.00 Attorneys' fee retainer + $49.00 credit counseling fees + $35.00 credit report, and $1,039.00 filing fee.** <br><br> **Additional fees or costs, after depletion of the retainer, if any, shall be applied for** |

5

### 10. Other transfers

None  
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None  
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None  
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None  
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None  
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None  
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME<br>**Petrina, LLC** | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN<br>**20-8386881** | ADDRESS | NATURE OF BUSINESS<br>**Rentals** | BEGINNING AND<br>ENDING DATES<br>**01/11/2007 to present** |
| --- | --- | --- | --- | --- |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                 ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

    **19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS<br>**Evangelia Angelakos**<br>**19 Merry Mount St.**<br>**Staten Island, NY 10314** | DATES SERVICES RENDERED<br>**2008 to present** |
| --- | --- |
| **Chris Varveris**<br>**Brooklyn, New York** | **2004-2007** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                         DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                 ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                     DATE ISSUED

    **20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS               NATURE OF INTEREST             PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS               TITLE             NATURE AND PERCENTAGE OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                ADDRESS             DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS               TITLE             DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR               DATE AND PURPOSE
OF WITHDRAWAL             AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION               TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND               TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date __**March 11, 2010**_____    Signature __**/s/ Dimosthenis L Angelakos**_____

**Dimosthenis L Angelakos**

Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re   __Dimosthenis L Angelakos__                         Case No. _____
                                      Debtor(s)           Chapter   __11__

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

        I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| __Dimosthenis L Angelakos__ | X __/s/ Dimosthenis L Angelakos__     __March 11, 2010__ |
| Printed Name(s) of Debtor(s) | Signature of Debtor            Date |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)    Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Florida

In re    __Dimosthenis L Angelakos__        Case No.                             

                                                 Debtor(s)        Chapter     __11__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    __March 11, 2010__                    __/s/ Dimosthenis L Angelakos__

                                               __Dimosthenis L Angelakos__

                                               Signature of Debtor

Dimosthenis L Angelakos
100 E. Tarpon Ave., Ste. 14
Tarpon Springs, FL 34689

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
115 N. MacDill Ave.
Tampa, FL 33609

Advanta Bank Corp
PO Box 844
Spring House, PA 19477

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

Amex
PO Box 84063
Columbus, GA 31908

Aurora Loan Services
Attn: Bankruptcy Dept.
Po Box 1706
Scottsbluff, NE 69363

Bank Of America
PO Box 1598
Norfolk, VA 23501

Bank Of America
Attn: Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC 27410

Bank Of America
4060 Ogletown/Stanton Rd
Newark, DE 19713

Bayview Financial Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146

Bayview Loan Servicing
c/o Popkin & Rosaler, PA
1701 W Hillsboro Blvd.
Ste. 400
Deerfield Beach, FL 33442

Bright House Networks
PO Box 30765
Tampa, FL 33630

Cap One
PO Box 85520
Richmond, VA 23285

Chase
PO Box 15298
Wilmington, DE 19850

Chase
Bank One Card Serv
Westerville, OH 43081

Citi
PO Box 6500
Sioux Falls, SD 57117

Citi
PO Box 6241
Sioux Falls, SD 57117

Citibank Na
1000 Technology Dr
MS 730
O'Fallon, MO 63368

Citibank Sears
c/o LVNV Funding LLC
PO Box 740281
Houston, TX 77274

Citibank Usa
Attn.: Centralized Bktcy
PO Box 20363
Kansas City, MO 64195

Citibank Usa
Attn.: Centralized Bkcy
PO Box 20363
Kansas City, MO 64195

Citibankna
1000 Technology Dr
O Fallon, MO 63368

Demetrius &Rodoula Kalamaras
63 Harbor View Place
Staten Island, NY 10305

Diane Nelson, Pinellas
County Tax Collector
PO Box 2943
Clearwater, FL 33757

Discover Fin
Attention: Bankruptcy Dept
PO Box 3025
New Albany, OH 43054

Dish Network
c/o CBE Group
131 Tower Park Dr, Ste 1
Waterloo, IA 50702

Emigrant Mortgage Co.
c/o Becker & Poliakoff
121 Alhambra Plaza, 10th Flr
Miami, FL 33134

Emigrant Mortgage Company
5 East 42nd Street
New York, NY 10017

George Gianakos
5124 Bonito Drive
New Port Richey, FL 34652

Hsbc Bank
Attn: Bankruptcy
PO Box 5253
Carol Stream, IL 60197

Hsbc Bank
Attn: Bankruptcy
PO Box 5213
Carol Stream, IL 60197

Hsbc Bank
PO Box 5253
Carol Stream, IL 60197

Indep Community Bank C
15 Beach Street
Staten Island, NY 10304

Lowes / MBGA
Attn:  Bankruptcy Dept
PO Box 103104
Roswell, GA 30076

Macys/fdsb
Macy's Bankruptcy
PO Box 8053
Mason, OH 45040

Metroplex Investments
/ Gelt Funding, LLC
PO Box 940456
Maitland, FL 32794

Pasco - Tax Collector
PO Box 276
Dade City, FL 33526

Peter Leunes
788 Edgegrove Ave.
Staten Island, NY 10312

Popular Mortgage Srvci
301 Lippincott Dr
Marlton, NJ 08053

Sams Club
Attn:  Bankruptcy Dept
PO Box 105968
Atlanta, GA 30353

Sears/cbsd
Sears Bk Recovery
PO Box 20363
Kansas City, MO 64195

Sovereign Bank
PO Box 8627
Reading, PA 19603

Sovereign Bank Fsb
1130 Berkshire Blvd
3rd Floor
Wyomissing, PA 19610

The CBE Group
131 Tower Park Dr.
Suite 100
Waterloo, IA 50701

Verizon Inc.
c/o AFNI, Inc.
PO Box 3427
Bloomington, IL 61702

Visdsnb
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040

Vnb/shoprite
1445 Valley Rd
Wayne, NJ 07470

Wach/rec
P O Box 3117
Winston Salem, NC 27102

Wachovia Dealer Svcs
PO Box 25341
Santa Ana, CA 92799

Wachovia Dealer Svcs
PO Box 3659
Rancho Cucamonga, CA 91729

Wfs Financial
Wachovia Dealer Svcs
PO Box 19657
Irvine, CA 92623

Wfs Financial/Wachovia
PO Box 19657
Irvine, CA 92623

# United States Bankruptcy Court
## Middle District of Florida

In re    **Dimosthenis L Angelakos**                                        Case No.

                                                    Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **15,084.00** |
| Prior to the filing of this statement I have received | $ | **15,084.00** |
| Balance Due | $ | **0.00** |

2.    $ **1,039.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

   ■        Debtor            □        Other (specify):

4.    The source of compensation to be paid to me is:

   □  Debtor    ■  Other (specify):    **Additional fees or costs, after depletion of the retainer, if any, shall be applied for**

5.    ■        I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 11, 2010**                    **/s/ Buddy D. Ford, Esquire**
                                        **Buddy D. Ford, Esquire 0654711**
                                        **Buddy D. Ford, P.A.**
                                        **115 N. MacDill Ave.**
                                        **Tampa, FL 33609**
                                        **(813)877-4669   Fax: (813)877-5543**
                                        **Nancy@tampaesq.com**

---

**B22B (Official Form 22B) (Chapter 11) (01/08)**

In re **Dimosthenis L Angelakos**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐   Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■   Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐   Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
|---|---|---|

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
|---|---|---|---|
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $          0.00 | $          0.00 |

| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero. | | | | |
|---|---|---|---|---|---|
| | | | Debtor | Spouse | |
| | a. | Gross receipts | $          0.00 | $          0.00 | |
| | b. | Ordinary and necessary business expenses | $          0.00 | $          0.00 | |
| | c. | Business income | Subtract Line b from Line a | | $          0.00 | $          0.00 |

| 4 | **Net Rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero. | | | | |
|---|---|---|---|---|---|
| | | | Debtor | Spouse | |
| | a. | Gross receipts | $          0.00 | $          0.00 | |
| | b. | Ordinary and necessary operating expenses | $          0.00 | $          0.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a | | $          0.00 | $          0.00 |

| 5 | **Interest, dividends, and royalties.** | $          0.00 | $          0.00 |
|---|---|---|---|
| 6 | **Pension and retirement income.** | $          0.00 | $          0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $          0.00 | $          0.00 |

| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
|---|---|---|---|
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $          0.00   Spouse $          0.00 | $          0.00 | $          0.00 |

| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
|---|---|---|---|---|---|
| | | | Debtor | Spouse | |
| | a. | **Rentals** | $     19,016.00 | $          0.00 | |
| | b. | | $ | $ | $     19,016.00 | $          0.00 |

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $ **19,016.00** | $ **0.00** |
|----|---|---|---|
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ **19,016.00** | |

**Part II. VERIFICATION**

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* <br> Date:  __March 11, 2010__          Signature:  **/s/ Dimosthenis L Angelakos** <br><br>                                                          **Dimosthenis L Angelakos** <br>                                                                  (Debtor) |
|----|---|